EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis A. Manrara Goyco | 2015 TSPR 150 <br><br> 194 DPR ____ |

Número del Caso: TS-14,236


Fecha: 6 de noviembre de 2015


Abogado del Peticionario:

           Por derecho propio


Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Luis A. Manrara Goyco                    TS-14236

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de noviembre de 2015

Evaluada la "*Moción solicitando reactivación como abogado*", presentada por el señor Manrara Goyco, se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo